1  Aaron D. Shipley (NSBN 8258)
   Rory T. Kay (NSBN 12416)
2  McDONALD CARANO LLP
3  2300 W. Sahara Ave, Suite 1200
   Las Vegas, NV 89102
4  Telephone: 702.873.4100
   Fax: 702.873.9966
5  ashipley@mcdonaldcarano.com
   rkay@mcdonaldcarano.com
6
7  *Attorneys for Defendants US National
   Personal Care, LLC and Victor Vargas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALMEKA DODDS and LINDA ITRIC, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>US NATIONAL PERSONAL CARE, LLC and VICTOR VARGAS,<br><br>Defendants. | Case No.: 2:18-cv-01517-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS US NATIONAL PERSONAL CARE, LLC AND VICTOR VARGAS TO RESPOND TO PLAINTIFFS ALMEKA DODDS AND LINDA ITRIC'S COMPLAINT**<br><br>(First Request) |

Pursuant to LR IA 6-1 and 6-2, Defendants US National Personal Care, LLC and Victor Vargas (collectively "Defendants") and Plaintiffs Almeka Dodds and Linda Itric ("Plaintiffs"), by and through their respective undersigned counsel, hereby stipulate and agree that Defendants' time to answer or otherwise respond to the complaint shall be extended up to and including **October 1, 2018**. Plaintiffs and Defendants have executed a separate tolling agreement that tolls the statute of limitations by an equal three-week period.

///

///

///

This is the first stipulation for an extension of time to file an answer or other responsive document and it is made before Defendants' deadline to respond.

DATED this 10th day of September, 2018.

McDONALD CARANO LLP

By: /s/ *Rory T. Kay*
Aaron Shipley (NSBN #8258)
Rory T. Kay (NSBN #12416)
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Fax: 702.873.9966
jsilvestri@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendants US National Personal Care, LLC and Victor Vargas*

DATED this 10th day of September, 2018.

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP

By: /s/ *Don Springmeyer*
Don Springmeyer (NSBN 1021)
Daniel Bravo (NSBN 13078)
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Telephone: 702.341.5200
Facsimile: 702.341.5300
dspringmeyer@wrslawyers.com
dbravo@wrslawyers.com

SOMMERS SCHWARTZ, P.C.
Jason J. Thompson (*Pro hac pending*)
Rod M Johnston (*Pro hac pending*)
One Towne Square, Suite 1700
Southfield, Michigan 48076
jthompson@sommerspc.com
rjohnston@sommerspc.com

*Attorneys for Plaintiffs Almeka Dodds and Linda Itric*

## **ORDER**

Good cause appearing, IT IS SO ORDERED this  11  day September, 2018.

_____
U.S. MAGISTRATE JUDGE