Aaron D. Shipley (NSBN 8258)
Rory T. Kay (NSBN 12416)
Jason B. Sifers (NSBN 14273)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Phone: (702) 873-4100
ashipley@mcdonaldcarano.com
rkay@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Attorneys for Defendants US National Personal Care, LLC and Victor Vargas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALMEKA DODDS and LINDA ITRIC, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>US NATIONAL PERSONAL CARE, LLC and VICTOR VARGAS,<br><br>Defendants. | Case No.: 2:18-cv-01517-RFB- DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 41, IT IS HEREBY STIPULATED AND AGREED, by and between defendants US National Personal Care, LLC and Victor Vargas (collectively "Defendants") and Almeka Dodds and Linda Itric (collectively "Plaintiffs" and with Defendants the "Parties") by and

//

//

//

//

through their respective attorneys of record, that all claims against Defendants be dismissed with prejudice, with all parties to bear their own respective attorney's fees and costs.

DATED this 7th day of August, 2020.   DATED this 7th day of August, 2020.

McDONALD CARANO LLP   SOMMERS SCHWARTZ, P.C.

By: /s/ *Jason Sifers*
   Aaron D. Shipley (NSBN #8258)
   Rory T. Kay (NSBN #12416)
   Jason B. Sifers (NSBN 14273)
   2300 W. Sahara Ave, Suite 1200
   Las Vegas, NV 89102
   Telephone:  702.873.4100
   jsilvestri@mcdonaldcarano.com
   rkay@mcdonaldcarano.com
   jsifers@mcdonaldcarano.com

*Attorneys for Defendants US National Personal Care, LLC and Victor Vargas*

By: /s/ *Rod Johnston*
   Jason J. Thompson
   Rod M. Johnston
   One Towne Square, Suite 1700
   Southfield, Michigan 48076
   jthompson@sommerspc.com
   rjohnston@sommerspc.com

Don Springmeyer (NSBN 1021)
Daniel Bravo (NSBN 13078)
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP
3556 E. Russell Road, 2nd Floor
Las Vegas, Nevada 89120
Telephone: 702.341.5200
Facsimile: 702.341.5300
dspringmeyer@wrslawyers.com
dbravo@wrslawyers.com

*Attorneys for Plaintiffs and Proposed Class and Collective Members*

## ORDER

IT IS SO ORDERED this  10th  day of August, 2020.



U.S. DISTRICT COURT JUDGE

Page 2 of 2

4844-8773-3362, v. 2